| AO-10 (w) Rev. 1/2000 | FINANCIAL DISCLOSURE REPORT<br>Nomination Report | Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112) |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Bates, John D. | 2. Court or Organization<br><br>Dist. Ct. - District of Columb | 3. Date of Report<br><br>06/20/2001 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge | 5. Report Type (check type)<br><br>X  Nomination, Date  06/20/2001<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>05/31/2001 |
| 7. Chambers or Office Address<br><br>Miller & Chevalier, Chartered<br><br>655 15th St., N.W., Ste. 900<br><br>Washington, D.C. 20005 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Member | Miller & Chevalier, Chartered |
| 2 | Member, Board of Directors | Washington Lawyers' Committee for Civil Rights and Urban Affairs |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | | NONE -- No reportable agreements |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Miller & Chevalier | 231,000 |
| 2 | 1999 | United States - retirement annuity | 36,000 |
| 3 | 2000 | Miller & Chevalier | 273,000 |
| 4 | 2000 | United States -- retirement annuity | 36,000 |

**CTION HEADING.** (Indicate part of report.)

formation continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 2001 | Miller & Chevalier  115,000 | |
| 6 | 2001 | United States -- retirement annuity  15,000 | |
| 7 | 1999 | Steptoe & Johnson | |
| 8 | 2000 | Steptoe & Johnson | |
| 9 | 2000 | Georgetown University Law School | |
| 10 | 2001 | Steptoe & Johnson | |
| 11 | 2001 | Georgetown University Law School | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Bates, John D. | 06/20/2001 |

**CTION HEADING.** (Indicate part of report.)

formation continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 2001 | Miller & Chevalier  115,000 | |
| 6 | 2001 | United States -- retirement annuity  15,000 | |
| 7 | 1999 | Steptoe & Johnson | |
| 8 | 2000 | Steptoe & Johnson | |
| 9 | 2000 | Georgetown University Law School | |
| 10 | 2001 | Steptoe & Johnson | |
| 11 | 2001 | Georgetown University Law School | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting: Bates, John D. | Date of Report: 06/20/2001 |

## II. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 1 Union First Account | A | Interest | K | T | | | | | |
| 2 Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3 Fidelity Invest. -- Roth IRA | A | Interest | J | T | | | | | |
| 4 City Nat'l Invest. Account | | | | | | | | | |
| 5 --AIM Const. Fund #2 | A | Dividend | L | T | | | | | |
| 6 --Alliance Tech. FD/CL | A | Dividend | K | T | | | | | |
| 7 --EFT UT Strategic Ser | B | Dividend | K | T | | | | | |
| 8 --EIF UT Select Ten Dow | A | Dividend | K | T | | | | | |
| 9 --EIF UT Select Ten Port | A | Dividend | J | T | | | | | |
| 10 --Invest. Co. of Amer. #004 | C | Dividend | M | T | | | | | |
| 11 --Putnam Health Sciences | A | Dividend | L | T | | | | | |
| 12 --Wash. Mutual Invest. | B | Dividend | M | T | | | | | |
| 13 --Smith Barney MNY FD | A | Dividend | J | T | | | | | |
| 14 --Fidelity Adv Growth & Inc | A | Dividend | J | T | | | | | |
| 15 --CNI Charter PrimeMny Fd | A | Dividend | J | T | | | | | |
| 16 Fidelity Invests. Account | | | | | | | | | |
| 17 --Fidelity Blue Chip Growth | C | Dividend | L | T | | | | | |

Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Bates, John D. | 06/20/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 18    --Fidelity Dividend Growth | C | Dividend | L | T | | | | | |
| 19  American Funds Account | | | | | | | | | |
| 20    --Invest. Co. of Amer. | A | Dividend | K | T | | | | | |
| 21    --New Economy Fund | A | Dividend | K | T | | | | | |
| 22  Salomon Smith Barney Joint | | | | | | | | | |
| 23    --Citibank Money Fund | B | Interest | J | T | | | | | |
| 24    --AIM Aggres. Growth | A | Dividend | J | T | | | | | |
| 25    --AIM Const. Fund C | A | Dividend | J | T | | | | | |
| 26    --GE Life & Annuity | A | Dividend | J | T | | | | | |
| 27    --Transamerica Life Annuity | A | Dividend | J | T | | | | | |
| 28    --Keyport Life Annuity | A | Dividend | J | T | | | | | |
| 29    --Maricopa Co., AZ Bond | D | Interest | L | T | | | | | |
| 30    --MD State Health & Ed Bond | A | Interest | K | T | | | | | |
| 31  Salomon Smith Barney IRA | | | | | | | | | |
| 32    --Alliance Tech FD C | A | Dividend | K | T | | | | | |
| 33    --Fidelity Adv. Tech Fund | A | Dividend | K | T | | | | | |
| 34    --CG Cap'l Mkts-Lg Cap Val. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 | |
| (Col. B1, D4)   F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | | |

| | | | | |
|---|---|---|---|---|
| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3)   O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| | | | |
|---|---|---|---|
| 3 Val Mth Codes:   Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (Col. C2)   U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 35 ---CG Cap'l Mkts-Sm Cap Val. | A | Dividend | K | T | | | | | |
| 36 --CG Cap'l Mkts-Emerg. | A | Dividend | J | T | | | | | |
| 37 --CG Cap'l Mkts Int'l | A | Dividend | K | T | | | | | |
| 38 --CG Cap'l Mkts Lg Cap Growth | A | Dividend | K | P | | | | | |
| 39 ---CG Cap'l Mkts Sm Cap Gr. | A | Dividend | J | T | | | | | |
| 40 Salomon Smith Barney IRA | | | | | | | | | |
| 41 ---CG Cap'l Mkts-Lg Cap Val | A | Dividend | J | T | | | | | |
| 42 ---CG Cap'l Mkts-Sm Cap Val | A | Dividend | J | T | | | | | |
| 43 ---CG Cap'l Mkts-Emerg | A | Dividend | J | T | | | | | |
| 44 --CG Cap'l Mkts-Int'l | A | Dividend | J | T | | | | | |
| 45 --CG Cap'l Mkts-Lg Cap Gr. | A | Dividend | J | T | | | | | |
| 46 --CG Cap'l Mkts-Sm Cap Gr. | A | Dividend | J | T | | | | | |
| 47 Salomon Smith Barney - L | | | | | | | | | |
| 48 --Strips Tint-US Treas | A | Interest | J | T | | | | | |
| 49 Salomon Smith Barney - B | | | | | | | | | |
| 50 --Invest Co. of Amer. | B | Dividend | J | T | | | | | |
| 51 --CG Cap'l Mkts-Lg Cap Val | B | Dividend | J | T | | | | | |

Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 52  --CG Cap'l Mkts-Sm Cap Val | A | Dividend | J | T | | | | | |
| 53  --CG Cap'l Mkts-Emerg | A | Dividend | J | T | | | | | |
| 54  --CG Cap'l Mkts-Int'l | A | Dividend | J | T | | | | | |
| 55  --CG Cap'l Mkts-Lg Cap Gr. | A | Dividend | J | T | | | | | |
| 56  --CG Cap'l Mkts-Sm Cap Gr. | A | Dividend | J | T | | | | | |
| 57 Salomon Smith Barney - K | | | | | | | | | |
| 58  --AIM Const. Fund | B | Dividend | K | T | | | | | |
| 59  --Invest. Co. of Amer. | A | Dividend | J | T | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| /Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 06/20/2001 |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date __6/22/01__

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544